IGNACIA S. MORENO
Assistant Attorney General

KEVIN W. McARDLE (D.C. Bar No. 454569)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3034
Washington, D.C.  20004
Tel:  (202) 305-0219
Fax:  (202) 305-0275
E-mail:  kevin.mcardle@usdoj.gov

RACHEL K. BOWEN (Admitted to the Maryland Bar)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3204
Washington, D.C.  20004
Tel:  (202) 616-4119
Fax:  (202) 305-0506
E-mail:  rachel.bowen@usdoj.gov

*Attorneys for Defendants*

ANDREA A. TREECE (Cal. Bar No. 237639)
atreece@earthjustice.org
MICHAEL SHERWOOD
msherwood@earthjustice.org
426 17th St., 5th Floor
Oakland, CA 94612
Tele:  415-217-2000
Fax:  415-217-2040

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OCEANA, Inc.<br><br>         Plaintiffs,<br><br>         v.<br><br>BRYSON, *et al.*<br><br>         Defendants. | No. 4:11-cv-06257-EMC<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER |

Plaintiff Oceana and Defendants John E. Bryson, in his official capacity as Secretary of Commerce, the National Oceanic and Atmospheric Administration, and the National Marine Fisheries Service hereby stipulate, pursuant to Civil L.R. 6-2, to a schedule for the filing of Plaintiff's amended complaint, Defendants' answer, and the lodging and service of the administrative record.  In support of this stipulation, the parties represent as follows:

*Oceana v. Bryson*, No. 4:11-cv-06257-EMC
Stipulation and Proposed Scheduling Order

1. Pursuant to the Magnuson-Stevens Fishery Conservation and Management Act ("MSA"), 16 U.S.C. § 1855(f), Defendants are required to file their response to the complaint and the administrative record within 45 days after service of the Complaint on the Secretary, which in this case produces a deadline of January 30, 2012. The MSA provides that the Court "may extend the period for filing such a response upon a showing by the Secretary of good cause for that extension." 16 U.S.C. § 1855(f)(3)(A).

2. On December 14, 2011, Plaintiff sent Defendants a 60-day notice of intent to sue under the Endangered Species Act 16 U.S.C. § 1540(g)(2)(A)(i). The 60-day waiting period expires on or about February 12, 2012. Plaintiffs intend to amend their Complaint to add Endangered Species Act claims if their concerns are not remedied by February 12, 2012.

3. Because the ESA 60-day notice period expires after the current due date for Defendants' answer, permitting Defendants to file their answer after Plaintiff amends its complaint would conserve resources by preventing duplicative filings.

4. Because of the intervening federal holidays, Defendants also need additional time to compile the administrative record.

5. Based on the foregoing, the parties stipulate to the following schedule for the filing of Plaintiff's amended complaint, Defendants' answer, and lodging and service of the administrative record, and submit that good cause exists for the Court's approval of the proposed schedule:

 a. Plaintiff will file its amended complaint on or before February 29, 2012.
 b. Defendants will file their answer to Plaintiff's amended complaint and lodge and serve the administrative record on or before March 16, 2012.

6. There have been no other requests for extension or continuance. (McArdle Decl. ¶ 5.)

/ / /

*Oceana v. Bryson*, No. 4:11-cv-06257-EMC
Stipulation and Proposed Scheduling Order

SO STIPULATED:

                                          FOR THE PLAINTIFF:

DATED: January 19, 2012         */s/ Andrea A. Treece*
                                          Andrea A. Treece
                                          Earthjustice
                                            426 17th Street
                                            5th Floor
                                            Oakland, CA 94612
                                            Tele: 415-217-2000
                                            Fax: 415-217-2040
                                            Email: atreece@earthjustice.org

                                            */s/ Michael R. Sherwood*
                                            Michael R. Sherwood
                                            Earthjustice
                                            426 17th Street
                                            5th Floor
                                            Oakland, CA 94612
                                            Tele: 415-217-2000
                                            Fax: 415-217-2040
                                            Email: msherwood@earthjustice.org


                                          FOR THE DEFENDANTS:

DATED: January 19, 2012        IGNACIA S. MORENO
                                            Assistant Attorney General

                                          /s/*Kevin W. McArdle*
                                          KEVIN W. McARDLE
                                          United States Department of Justice
                                          Environment & Natural Resources Division
                                          Wildlife & Marine Resources Section
                                          601 D Street, N.W., Room 3034
                                          Washington, D.C. 20004
                                          Tel: (202) 305-0219
                                          Fax: (202) 305-0275
                                          E-mail: kevin.mcardle@usdoj.gov

                                          RACHEL K. BOWEN
                                          United States Department of Justice
                                          Environment & Natural Resources Division
                                          Natural Resources Section
                                          601 D Street, N.W., Room 3204
                                          Washington, D.C. 20004
                                          Tel: (202) 616-4119
                                          Fax: (202) 305-0506
                                          E-mail: rachel.bowen@usdoj.gov

## ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained Plaintiffs' concurrence in this filing, indicated by the signature of Plaintiffs' counsel represented by a "conformed" signature ("/s/") within this e-filed document.

Dated: January 19, 2012  /s/*Kevin W. McArdle*
KEVIN W. McARDLE

*Oceana v. Bryson*, No. 4:11-cv-06257-EMC
Stipulation and Proposed Scheduling Order

[PROPOSED] ORDER

Upon consideration of the Stipulation set out above, and good cause appearing, it is hereby ORDERED that: (1) Plaintiff shall file its amended complaint on or before February 29, 2012; and (2) Defendants shall file their answer to Plaintiff's amended complaint and lodge and serve the administrative record on or before March 16, 2012.

IT IS SO ORDERED this 24th day of January, 2012



*Oceana v. Bryson*, No. 4:11-cv-06257-EMC
Stipulation and Proposed Scheduling Order

CERTIFICATE OF SERVICE

I, Kevin W. McArdle, hereby certify that, on January 19, 2012, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 19, 2012          /s/*Kevin W. McArdle*
                                 KEVIN W. McARDLE

*Oceana v. Bryson*, No. 4:11-cv-06257-EMC
Stipulation and Proposed Scheduling Order