ANDREA A. TREECE, SB No. 237639
MICHAEL R. SHERWOOD, SB No. 63702
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
Telephone:  415-217-2000
Facsimile:  415-217-2040
*Attorneys for Plaintiff*

ASHLEY J. REMILLARD (CA-252374)
aremillard@nossaman.com
NOSSAMAN LLP
18101 Von Karman Avenue
Suite 1800
Irvine, CA 92612
Telephone: (949) 833-7800
Facsimile: (949) 833-7878

GEORGE J. MANNINA, JR., *pro hac vice*
gmannina@nossaman.com
NOSSAMAN LLP
1666 K Street, N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 887-1400
Facsimile: (202) 466-3215
*Attorneys for Proposed Intervenor-Defendants*

IGNACIA S. MORENO
Assistant Attorney General

KEVIN W. McARDLE (D.C. Bar No. 454569)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3034
Washington, D.C. 20004
Tel: (202) 305-0219
Fax: (202) 305-0275
E-mail: kevin.mcardle@usdoj.gov

RACHEL K. BOWEN (Admitted to the Maryland Bar)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3204
Washington, D.C. 20004
Tel: (202) 616-4119
Fax: (202) 305-0506
E-mail: rachel.bowen@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANA, Inc., a non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> JOHN E. BRYSON, in his official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendants. | Case No. 4:11-cv-06257 EMC <br><br> STIPULATED REQUEST FOR ORDER CHANGING TIMES FOR MOTION TO INTERVENE ; ORDER |

STIPULATED REQUEST FOR ORDER CHANGING TIME – 4:11-cv-06257                                1

Plaintiff Oceana ("Plaintiff"), Defendants John E. Bryson, in his official capacity as Secretary of Commerce, the National Oceanic and Atmospheric Administration, and the National Marine Fisheries Service ("Federal Defendants"), and Proposed Intervenors California Wetfish Producers Association *et al.* ("Proposed Intervenors") hereby present, pursuant to Civ. L.R. 6-2, this stipulated request for an order changing time for Plaintiff's response to the motion to intervene, Proposed Intervenors' reply, and the hearing on the motion to intervene. In support of this request, the parties present as follows:

1. Proposed Intervenors filed a motion to intervene in this case on February 21, 2012, and noticed a hearing date of March 30, 2012.

2. Pursuant to Civ. L.R. 7-3, Plaintiff's response to this motion was due by March 6, 2012 and Proposed Intervenors' reply was due by March 13.

3. On February 22, 2012, the Court issued a Notice (Docket. No. 18) continuing the hearing on the motion to intervene to April 6, 2012. The Notice also reset the deadline for Plaintiff's response to March 1, 2012 and reset the deadline for Proposed Intervenors' reply to March 8, 2012.

4. Plaintiff's counsel has a long-standing prior commitment that conflicts with the April 6, 2012 hearing date.

5. Due to the volume of materials submitted by Proposed Intervenors, and Plaintiff's pre-existing deadline to file its Amended Complaint on or before February 29, 2012, Plaintiff needs the normal 14 days allowed by Civ. L. R. 7-3 to assess the motion to intervene and formulate a response to it.

6. Federal Defendants take no position on the motion to intervene and do not intend to participate in briefing the motion to intervene.

7. Based on the foregoing, the parties propose the following schedule for resolving the motion to intervene, and submit that good cause exists for the Court to approve the proposed schedule:

    a. Plaintiff will file its response to the motion to intervene on or before March 6, 2012.

    b. Proposed Intervenors will file their reply regarding the motion to intervene on or before March 13, 2012.

    c. The hearing on the motion to intervene will be set for April 20, 2012.

  8. Plaintiff and Federal Defendants have stipulated to an extended schedule for the filing of Plaintiff's amended complaint, Defendants' answer, and the lodging and service of the administrative record.  Docket No. 11.  Approval of the instant stipulated request for an order changing time will not affect the aforementioned schedule.

SO STIPULATED:

FOR THE PLAINTIFF:

DATED:  February 24, 2012

   /s/ *Andrea A. Treece*
ANDREA A. TREECE, State Bar No. 237639
MICHAEL R. SHERWOOD, State Bar No. 63702
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
Telephone:  415-217-2000
Facsimile:  415-217-2040

Attorneys for Plaintiff

FOR THE FEDERAL DEFENDANTS:

DATED:  February 24, 2012

 /s/ *Rachel K. Bowen* (as authorized on 2/24/12)
RACHEL K. BOWEN (Admitted to the Maryland Bar)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3204
Washington, D.C. 20004
Tel: (202) 616-4119
Fax: (202) 305-0506
E-mail: rachel.bowen@usdoj.gov

KEVIN W. McARDLE (D.C. Bar No. 454569)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3034
Washington, D.C. 20004
Tel: (202) 305-0219
Fax: (202) 305-0275
E-mail: kevin.mcardle@usdoj.gov

*Attorneys for Defendants*

FOR THE PROPOSED INTERVENORS:

DATED:  February 24, 2012          /s/ *George J. Mannina, Jr.* (as authorized on 2/24/12)
ASHLEY J. REMILLARD (CA-252374)
aremillard@nossaman.com
NOSSAMAN LLP
18101 Von Karman Avenue
Suite 1800
Irvine, CA 92612
Telephone: (949) 833-7800
Facsimile: (949) 833-7878

GEORGE J. MANNINA, JR., *pro hac vice*
gmannina@nossaman.com
NOSSAMAN LLP
1666 K Street, N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 887-1400
Facsimile: (202) 466-3215
*Attorneys for Proposed Intervenor-Defendants*

[PROPOSED] ORDER

Upon consideration of the Stipulation set out above, and good cause appearing, it is hereby ORDERED that: (1) Plaintiff shall file its response to the motion to intervene on or before March 6, 2012; (2) Proposed Intervenors shall file their reply to Plaintiff's response on or before March 13, 2012; (3) The hearing on this motion shall be set for April 20, 2012 at 1:30 p.m.

IT IS SO ORDERED this \_\_24th\_\_ day of February, 2012

_____
HON. EDWARD M. CHEN
United States District Judge



*IT IS SO ORDERED — Judge Edward M. Chen (United States District Court, Northern District of California)*