IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> REBECCA M. BLANK, *et al.*, <br><br> Defendants, <br><br> and <br><br> CALIFORNIA WETFISH PRODUCERS ASSOCIATION, *et al.*, <br><br> Intervenor-Defendants | No. 3:11-cv-06257-EMC <br><br> [P~~ROPO~~SED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE DECEMBER 13, 2012 SUMMARY JUDGMENT HEARING DATE AND CASE MANAGEMENT CONFERENCE TO FEBRUARY 14, 2013. |

Pursuant to the parties' joint stipulation to continue the summary judgment hearing and case management conference from December 13, 2012 to February 14, 2013, at 1:30pm, it is so ORDERED.

DATED this __28th__ day of __November__, 2012.

*IT IS SO ORDERED*

_____
Judge Edward M. Chen
United States District Judge