IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANA, Inc.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>REBECCA M. BLANK, *et al.*,<br><br>　　Defendants,<br><br>and<br><br>CALIFORNIA WETFISH PRODUCERS ASSOCIATION, *et al.*,<br><br>Intervenor-Defendants | No. 3:11-cv-06257-EMC<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE DECEMBER 13, 2012 SUMMARY JUDGMENT HEARING DATE AND CASE MANAGEMENT CONFERENCE TO FEBRUARY 14, 2013.** |

　　Pursuant to the parties' joint stipulation to continue the summary judgment hearing and case management conference from December 13, 2012 to February 14, 2013, at 1:30pm, it is so ORDERED.

　　DATED this __28th__ day of __November__, 2012.

IT IS SO ORDERED

_____
Judge Edward M. Chen
United States District Judge